IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JACK DYKES**                                                        **PLAINTIFF**

**V.**                                                                          CAUSE NO. 4:22cv60-DMB-JMV

**GOOD FARMS, L.L.C.**
**JOHN DOES 1-5**                                                                     **DEFENDANTS**

## COMPLAINT

### JURY TRIAL DEMANDED

NOW INTO COURT through undersigned counsel comes the Plaintiff, Jack Dykes, and hereby files this Complaint against Good Farms, L.L.C., and would show unto the Court the following to-wit:

### PARTIES

1. Plaintiff Jack Dykes is an adult resident citizen of Coahoma County, Mississippi.

2. Defendant Good Farms, L.L.C. ("Good Farms") is a foreign limited liability company domiciled in Missouri with its registered business address located at R-2, Box 62, Memphis, Missouri 63555, and may be served with process upon its registered agent, Edward Z. Good, at 10507 County Road 813, Memphis, Missouri 63555, 17920 U.S. Hwy 136, Memphis, Missouri 63555, or wherever he may be found.

3. John Does 1-5 are any other unknown entities or persons who were negligent as described below and/or who may be liable to the Plaintiff. The Plaintiff reserves the right to amend this Complaint to add and/or substitute the names of other proper defendants who may be misnamed in this Complaint or discovered as this case develops.

4. At all relevant times hereto, Victor Raymond Jeffries, employee of Defendant Good Farms, was acting in furtherance of Defendant Good Farm's business and, as a result, Defendant Good Farms is liable for the negligent acts of Victor Raymond Jeffries, or any other of its employees who proximately caused the Plaintiff's damages, under the doctrine of *respondeat superior*.

## JURISDICTION AND VENUE

5. This Court has jurisdiction of this matter pursuant to Title 28 U.S.C. § 1332(a) in as much as all of the parties are, for jurisdictional purposes, citizens of different states and the amount in controversy exceeds the sum of seventy-five thousand dollars ($75,000), exclusive of interest and cost.

6. Pursuant to Title 28 U.S.C. § 1391(b)(2), venue is proper in the Greenville Division of the Northern District of Mississippi inasmuch as the negligent acts giving rise to this cause of action occurred in Coahoma County, Mississippi.

## FACTUAL STATEMENT

7. On or about May 6, 2020, the Plaintiff was traveling south via automobile on Hwy 61 in Coahoma County, Mississippi when an 18-wheeler owned by Defendant Good Farms and operated by Victor Jeffries (Defendant's employee) violently rear-ended the Plaintiff's vehicle, causing the Plaintiff's vehicle to exit the roadway and crash in an adjacent field.

8. At all times complained of herein, Victor Jeffries was an agent, servant, and/or employee of Defendant Good Farms and was acting in furtherance of its business and, as a result, Defendant Good Farms is liable for the negligent acts of Jeffries pursuant to the doctrine of *respondeat superior*.

## LIABILITY AND CAUSATION

9. Jeffries operated the Defendant's vehicle carelessly, negligently, recklessly, and unlawfully so as to collide with the Plaintiff's vehicle and causing the Plaintiff to suffer severe injuries.

10. The collision and resulting damages to the Plaintiff were directly and proximately caused or contributed by the negligence of the Defendant in Jeffries failure to exercise the proper degree of care in the following respects, to-wit:

   a. Failing to use reasonable care;

   b. Failing to maintain control of his vehicle;

   c. Operating his vehicle in a careless, reckless, and unlawful manner;

   d. Failing to maintain a proper lookout;

   e. Following the Plaintiff's vehicle too closely;

   f. Rear-ending the Plaintiff's vehicle;

   g. Operating his vehicle at an excessive speed;

   h. Failing to devote full time and attention to the operation of his vehicle;

   i. Failing to obey the rules of the road and the statutes and laws of the State of Mississippi; and

   j. Any other matters that would be proven at the trial of this action.

## DAMAGES

11. As a result of the aforesaid negligent actions, the Plaintiff sustained multiple injuries and as a result has incurred medical expenses and suffered pain and discomfort, mental and emotional distress, loss of enjoyment of life, disability, and loss of wage-earning capacity, and will reasonably be expected to continue to suffer from such ailments in the future.

WHEREFORE, Plaintiff Jack Dykes respectfully demands judgment of, from, and against the Defendant(s) in an amount to be determined by a jury.

Respectfully submitted,

MERKEL & COCKE, P.A.
30 Delta Avenue
Post Office Box 1388
Clarksdale, Mississippi 38614
(T): (662) 627-9641
rcarson@merkel-cocke.com
*Attorneys for the Plaintiff*

Robert A. Carson III (MSB 105804)
